AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

YVETTE HARDIE, an individual and as Guardian Ad Litem of GEOFFERY HARDIE, GEOFFERY HARDIE, a minor,

    Plaintiffs,

V.

CHURCHILL COUNTY SCHOO DISTRICT , et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:07-CV-00310-RAM**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendants' Motion for Summary Judgment (Doc. #18) is **GRANTED**.

  March 30, 2009

**LANCE S. WILSON**
Clerk

/s/ D. R. Morgan
Deputy Clerk